## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ALFRED JORDAN RUSHIE, et al.** : | |
| : | **CIVIL ACTION** |
| **Plaintiffs,** : | |
| : | |
| v. : | |
| : | **NO. 20-2773** |
| **BLACK AND GERNGROSS, P.C., et al.,** : | |
| : | |
| **Defendants.** : | |

## ORDER

**AND NOW**, this 16th day of June, 2020, upon consideration of Plaintiffs' Motion to Disqualify (Doc. No. 2) and Motion to Tax Costs (Doc. No. 3), it is hereby **ORDERED** that the Motions are **DENIED WITHOUT PREJUDICE** to renewal following proper service of the Complaint upon Defendants and Defendants' entry of appearance on the docket.

**BY THE COURT:**

*/s/ Mitchell S. Goldberg*
**MITCHELL S. GOLDBERG, J.**