```
              IN THE UNITED STATES DISTRICT COURT
             FOR THE EASTERN DISTRICT OF PENNSYLVANIA
_____
Alfred Jordan Rushie and Megan M.      :
Young,                                 :
                                       :
        Plaintiffs                     :
                                       : :20-cv-02773-MSG
                                       :
                                       :
Black and Gerngross, P.C., Claudia P.  :
Black, Jenna Elise Rushie, Elizabeth   :
Santry, AJ Delforge, The City of       :
Philadelphia and John and Jane         :
Does 1-20                              :
                                       :
        Defendants                     :
_____
```

## MOTION FOR SANCTIONS

1. Claudia P. Black is my attorney. She administers my inherited trust account.

2. I am an attorney licensed to practice in Pennsylvania and New Jersey with no disciplinary history.

3. Inexplicably, Black blocked my email account, as has the owner of her law firm, James J. Black, the owner of Black and Gerngross, P.C. She advised all of the Defendants, as their attorney, to block me on email and text, which they did.

4. I have never sent any inappropriate communications to either Claudia Black, Jim Black, or the defendants. They have sent me, my fiancé, her parents, my friends, and others incredibly inappropriate and false communications. (Exhibit B.) I have tried to be polite and resolve this out of court pursuant to my rights under Pa.RPC 1.3 and other rules .

5. As a result of the Black's unprofessionalism, I have had to pay hundred of dollars to have James J. Black and Claudia Black personally served with basic paperwork.

6. I have also had to hire two attorneys, whose communications were ignored.

8. My attorneys are John V. Work, Esq. and Robert Maizel, Esq.

9. The Black's conduct violates Fr.C.P R. 1, among other rules.

10. I request sanctions, along with the Pennsylvania Rules of Professional Conduct.

Respectfully Submitted,

**Rushie Law PLLC**

Date: June 16, 2020

A. Jordan Rushie
JRushie@RushieLaw.com
Pa. Id. 209066
2333 E Boston Street
Philadelphia, PA 19125
P. 215-268-3978
F. 215-525-0909

# Exhibit A

**From:** REFUSED ajrushie@gmail.com
**Subject:** Re: Motion to Disqualify
**Date:** June 11, 2020 at 5:28 PM
**To:** A. Jordan Rushie jrushie@rushielaw.com

Delivery to the following recipient(s) failed permanently:

Claudia Pentony Black <cpblack@blackgern.com>,
Jenna Elise <janey.jawn@gmail.com>,
Patricia Talone <daughter03@gmail.com>,
Xander Rushie <xander@killingsworth.info>,
Agnes Nicholas <williamnicholas1@verizon.net>,
James Black <jblack@blackgern.com>

Technical details of permanent failure:
The requested recipient could not be reached
You do not have permission to send to this recipient
SMTP Error 550 5.7.1 Requested action not taken: message refused


On Thu, Jun 11, 2020 02:28 PM, janey.jawn@gmail.com wrote:

> Sincerely,
>
> A. Jordan Rushie, Esq.
> **Rushie Law PLLC**
> Attorney and Counselor at Law
> 2333 E. Boston Street
> Philadelphia, PA 19125
> Phone: 215.268.3978
> Fax: 215.525.0909
> www.rushielaw.com

# Exhibit B







**From:** A. Jordan Rushie  jrushie@rushielaw.com
**Subject:** Re: Trust Issues
**Date:** February 11, 2020 at 4:34 PM
**To:** Claudia Pentony Black  CPBlack@blackgern.com



Dear Aunt Claudia:

Treatment for what?  What have I been diagnosed with? And by whom?

I am unclear as to how you and Jenna were able to make a medical diagnosis. Don't you need a medical license to make a medical diagnosis?

Please keep in mind that I attended Marworth at your request. In doing so, I met with a medical doctor and psychiatrist. I received a letter of discharge in accordance with their medical advice.

That letter has been in your possession.

I am also unclear as to why you will not turn over my money to a neutral third party law firm. I suggested Mattioni Law but I am open. We can use Paul Troy or someone else.

Otherwise, I think we need to put this in court. I have been polite but you are leaving me with few options.

Kindly advise how you want to proceed.

Thank you.

Sincerely,

A. Jordan Rushie

> On Feb 11, 2020, at 4:08 PM, Claudia Pentony Black <CPBlack@blackgern.com> wrote:
>
> Dear Jordan,
> I am not releasing the money to you or anyone else. All monies have been spent for your benefit.
> I hope you seek treatment.
>
> Claudia Pentony Black, Esquire
> Black & Gerngross, P.C.
> Suburban Station Building
> Suite 1575
> 1617 John F. Kennedy Boulevard
> Philadelphia, PA  19103
> Phone:   (215) 636-1650
> Fax:       (215) 636-0268
>
> **From:** A. Jordan Rushie <jrushie@rushielaw.com>
> **Sent:** Tuesday, February 11, 2020 3:44 PM
> **To:** Claudia Pentony Black <CPBlack@blackgern.com>
> **Subject:** Trust Issues
>
> Dear Aunt Claudia:
>
> We are selling my Boston Street property and moving into Megan's place. The money is getting used to move somewhere else.
>
> This move is due to the distress and interruption your "intervention" and Marworth had on my practice.
>
> Do you intend to reimburse me for the cost of Marworth and the "intervention"

> Do you intend to reimburse me for the cost of Marworth and the "intervention counselor? I did not authorize these charges.
>
> I asked for a reply by Friday, February 7th, but I did not receive a response.
>
> Are you okay?
>
> The Mattioni law firm is willing to take over my trust account.
>
> Kindly advise.
>
> Thank you.
>
> Sincerely,
>
> A. Jordan Rushie

**From:** Jenna Elise janey.jawn@gmail.com  
**Subject:** Re: Need help?  
**Date:** June 9, 2020 at 10:06 PM  
**To:** A. Jordan Rushie jrushie@rushielaw.com



Yes exactly. No power, you've proved that to yourself today with your antics.

Don't make me buy your house and evict you from it.

You've really pushed me too far this time, and I don't see you as broken anymore. You're ruined & because you've been so abusive to the Pentony's and tried to pull a "dad & Joan" humiliation attempt on me, you're dead to us

Jenna Elise  
(215) 868-7150

> On Jun 9, 2020, at 18:47, A. Jordan Rushie <jrushie@rushielaw.com> wrote:
>
> Yes it is. Like it or not. We just haven't processed the paperwork. Courts are closed.
>
> Post whatever you want, but don't cry when I sue you.
>
> No power.
>
> Cheers! 🏴‍☠️🇺🇸
>
> Sincerely,
>
> A. Jordan Rushie
>
>> On Jun 9, 2020, at 9:40 PM, Jenna Elise <janey.jawn@gmail.com> wrote:
>>
>> That's not true, you stupidly forwarded me the emails begging for your trust to get you out of foreclosure, and I looked up your payment status today
>>
>> The condition is that you go to, and complete rehab & then we'll pay your mortgage & chef boyardee aspirations
>>
>> Need me to screencap those for your Facebook post, or do you have them?
>>
>> Try me
>>
>> Jenna Elise  
>> (215) 868-7150
>>
>>> On Jun 9, 2020, at 18:28, A. Jordan Rushie <jrushie@rushielaw.com> wrote:
>>>
>>> Paid up. $66k referral fee. Be hapoy to sue you for defamation. Try me.
>>>
>>> Sincerely,
>>>
>>> A. Jordan Rushie
>>>
>>>> On Jun 9, 2020, at 9:21 PM, Jenna Elise <janey.jawn@gmail.com> wrote:
>>>>
>>>> Want me to start a gofundme?
>>>>
>>>> <image0.png>
>>>> <image1.png>
>>>>
>>>> Jenna Elise  
>>>> (215) 868-7150