# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ALFRED JORDAN RUSHIE, et al.** | : | |
| | : | **CIVIL ACTION** |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | **NO. 20-2773** |
| **BLACK AND GERNGROSS, P.C., et al.,** | : | |
| | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this 17th day of June, 2020, upon consideration of Plaintiffs' Second Motion to Disqualify (Doc. No. 5) and First Motion for Sanctions (Doc. No. 6), it is hereby **ORDERED** that the Motion is **DENIED WITHOUT PREJUDICE**. Plaintiffs may not refile these motions or any other motions until Defendants have entered their appearances on the docket or until the expiration of the time in which Defendants have to file a responsive pleading, whichever comes first.

BY THE COURT:

*/s/ Mitchell S. Goldberg*
**MITCHELL S. GOLDBERG, J.**