# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Alfred Jordan Rushie and Megan M Young, | : |
| Plaintiffs, | : |
| v. | : Case No.: 2:20-cv-02773-MSG |
| Black and Gerngross, P.C., Claudia P. Black, Jenna Elise Rushie, Elizabeth Santry, AJ Delforge, The City of Philadelphia and John and Jane Does 1-20, | : |
| Defendants. | : |

## NOTICE OF APPEARANCE

Please enter the appearance of Sidney S. Liebesman (PA Bar ID # 75945) of Fox Rothschild LLP, 2000 Market Street, 20th Floor, Philadelphia, PA 19103-3222, as attorney for Defendants Black & Gerngross, P.C., Claudia P. Black, Jenna Elise Rushie, Elizabeth Santry, and AJ Delforge.

Dated:    June 26, 2020

**FOX ROTHSCHILD LLP**

        */s/ Sidney S. Liebesman*
Sidney S. Liebesman (PA Bar No. 75945)
2000 Market Street
20th Floor
Philadelphia, PA 19103-3222
(215) 299-2000
Email:  sliebesman@foxrothschild.com

Attorneys for Defendants
Black & Gerngross, P.C., Claudia P. Black,
Jenna Elise Rushie, Elizabeth Santry, and
AJ Delforge

## **CERTIFICATE OF SERVICE**

I, Sidney S. Liebesman, hereby certify that on June 26, 2020 a true and correct copy of the Entry of Appearance was served by first class mail, postage prepaid and ECF filing, upon the following:

RUSHIE LAW PLLC
A. Jordan Rushie, Esq.
2333 E. Boston Street
Philadelphia, PA  19125
JRushie@Rushielaw.com

Dated:  June 26, 2020

**FOX ROTHSCHILD LLP**

*/s/ Sidney S. Liebesman*
Sidney S. Liebesman (PA Bar No. 75945)
2000 Market Street
20th Floor
Philadelphia, PA 19103-3222
(215) 299-2000
Email:  sliebesman@foxrothschild.com

Attorneys for Defendants
Black & Gerngross, P.C., Claudia P. Black,
Jenna Elise Rushie, Elizabeth Santry, and
AJ Delforge