```
                IN THE UNITED STATES DISTRICT COURT
                FOR THE EASTERN DISTRICT OF PENNSYLVANIA
_____

Alfred Jordan Rushie and Megan M.      :
Young,                                 :
                                       :
            Plaintiffs                 :
                                       :
     v.                                :
                                       :
Black and Gerngross, P.C., Claudia P.  :
Black, Jenna Elise Rushie, Elizabeth   :
Santry, AJ Delforge, The City of       :
Philadelphia and John and Jane         :
Does 1-20                              :
                                       :
            Defendants                 :
_____
```

### MOTION TO DISQUALIFY BLACK AND GERNGROSS AND CLAUDIA P. BLACK AS COUNSEL

1. Claudia P. Black has represented Alfred Jordan Rushie in matters of legal representation.

2. Black has, in violation of the Pennsylvania Rules of Pennsylvania Professional Conduct, disclosed his personal, legal, and financial information to Jenna E. Rushie.

3. Jenn Rushie then put this illegally obtained information on social medial, emailed Rushie's fiance's parents, friends, church, former roommates, and others.

4. Claudia Black and her law firm, Black and Gerngross, P.C., should be disqualified from representing Jenna Rushie and Elizabeth Santry.

5. In the alternative, Alfred Jordan Rushie requests that Black does not use his trust account to fund the defendants' legal defenses.

                                  Respectfully Submitted,

                                  **Rushie Law PLLC**

Date: June 11, 2012                    A. Jordan Rushie
                                           JRushie@RushieLaw.com
                                           Pa. Id. 209066
                                           2333 E Boston Street
                                           Philadelphia, PA 19125
                                           P. 215-268-3978
                                           F. 215-525-0909