# Exhibit A



He-Man I Have The Power
youtu.be

loser

cry to judge mitch goldberg

no power

do you own property?

> **He-Man I Have The Power**
> youtu.be

loser

cry to judge mitch goldberg

*Text Message*

no power

*iMessage*

do you own property?

*Text Message*

loser

cry to judge mitch goldberg

do you own property?

*iMessage*

lets deal



